FILED

17 JAN 13 PM 2:40

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17mj67-NLS |
| Plaintiff, | **ORDER DISMISSING MATERIAL** |
| v. | **WITNESS COMPLAINT** |
| Francisco Javier ARANGO-Melecio, Francisco CALVO-Torres, Miguel Angel CASTILLO-Mendiola, Alfonso FERNANDEZ-Serrato, Fernando GARCIA-Villanueva, Arnoldo GASPAR-Reyes, Martin JIJON-Ruiz, Gelasio LUNA-Santiago, Daniel MENDOZA-Mendiola, Miguel Angel ROBLES-Loaiza, and Angel ROBLES-Ramos, | |

Upon application of the United States, pursuant to Fed. R. Crim. Proc. 48(a), the motion to dismiss this material witness complaint is GRANTED. The Court hereby orders that the above-named material witnesses shall be immediately released and remanded to the Department of Homeland Security for return to their country of origin.

Dated: 1-13-17

Hon. NITA L. STORMES
United States Magistrate Judge